FILED

May 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ERIC LANCASTER (SBN 244449)
eric.lancaster@whitecase.com
RYUK PARK (SBN 298744)
ryuk.park@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Subpoenaed Party
DAREN ORZECHOWSKI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Subpoena of Daren Orzechowski | Misc. Case No. C20-80092MISC LB |
| POWERMAT TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL INC.,<br><br>Defendant. | Related to 1:19-cv-00878-VSB (S.D.N.Y)<br><br>**DAREN ORZECHOWSKI'S NOTICE OF MOTION TO QUASH BELKIN INTERNATIONAL INC.'S SUBPOENA**<br><br>**Judge: [TBD]**<br>**Hearing Date: [TBD]**<br>**Hearing Time: [TBD]**<br>**Location: [TBD]** |

TO ALL PARTIES AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on a date to be determined and at a time to be determined, or as soon thereafter as the matter may be heard in the United States District Court for the Northern District of California, non-party Daren Orzechowski ("Mr. Orzechowski") will move this Court for an order granting his Motion to Quash Belkin International Inc.'s ("Belkin") Subpoena for Deposition Testimony and Documents ("Subpoena"). The motion will be based upon this Notice of Motion and Motion, memorandum in support of motion to quash, supporting exhibits, the pleadings and documents on file in this matter, and on any evidence as may be presented at the hearing on this motion.

Dated: May 29, 2020

Respectfully submitted,

WHITE & CASE LLP

*/s/ Eric Lancaster*
Eric Lancaster

Attorneys for Subpoenaed Party
Daren Orzechowski